**CLAY HYDER TRUCKING LINES, INC.,**
Appellant,

v.

**ALTERMAN TRANSPORT LINES, INC.,**
Appellee.

No. 20175.

United States Court of Appeals
Fifth Circuit.

June 25, 1963.

Monroe M. Redden, Hendersonville, N. C., John Cotton Howell, Shutts, Bowen, Simmons, Prevatt & Boureau, Miami, Fla., for appellant.

L. N. Preddy, Ross, Reinhardt, Preddy & Haddad, Miami, Fla., for appellee.

Before JONES, BROWN and LEWIS *, Circuit Judges.

PER CURIAM.

Except for procedural questions, the issues presented by this appeal relate to the law of the State of Florida. The procedural questions are resolved against the appellant. We find no error in the decisions of the district court on the substantive questions. Its judgment is

Affirmed.

**Robert S. GERSTELL and Alice R.**
Gerstell, Petitioners

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 14291.

United States Court of Appeals
Third Circuit.

Argued June 4, 1963.

Decided June 26, 1963.

Richard H. Appert, New York City, (David Sachs, White & Case, New York City, on the brief), for petitioners.

Michael Mulroney, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We can perceive no error in the proceedings of the Tax Court in this case though the review is vigorously pressed by the petitioners. Consequently the decision of the Tax Court will be affirmed on the comprehensive opinion of Judge Black.